K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>              Plaintiff,<br><br>       vs.<br><br>ORCHARD SUPPLY HARDWARE CORPORATION, OSH PROPERTIES LLC,<br><br>              Defendants. | No.   1:11-CV-00221-LJO-JLT<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT**<br><br>(Doc. 13) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, that Plaintiff John Morales ("Plaintiff") may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."  The First Amended Complaint shall be filed within five (5) court days of the court's order permitting its filing.

**IT IS FURTHER STIPULATED** that Defendants Orchard Supply Hardware Corporation and OSH Properties LLC ("Defendants") shall have fourteen (14) calendar days after the First Amended Complaint is filed and served on Defendants electronically by the Court within which to file their responsive pleading.

///

///

*Morales v. Orchard Supply Hardware Corporation, et al.*
Stipulation and Order to File First Amended Complaint

Page 1

**IT IS SO STIPULATED**.

Dated:  September 6, 2011            MOORE LAW FIRM, PC


                                     /s/ Tanya E. Moore
                                     Tanya E. Moore, Attorneys for Plaintiff
                                     John Morales

Dated:  September 15, 2011           CALL & JENSEN
                                     A Professional Corporation
                                     Matthew R. Orr
                                     Michael S. Orr


                                     /s/ Matthew R. Orr
                                     Matthew R. Orr, Attorneys for Defendants
                                     Orchard Supply Hardware Corporation and
                                     Orchard Properties LLC

### ORDER

The Parties having so stipulated,

**IT IS HEREBY ORDERED** that Plaintiff file his First Amended Complaint within five (5) court days of the filing of this Order;

**IT IS FURTHER ORDERED** that Defendants shall file their responsive pleading within fourteen (14) calendar days of the court's electronic service of the filed First Amended Complaint.

IT IS SO ORDERED.

   Dated:   **September 16, 2011**              **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE

*Morales v. Orchard Supply Hardware Corporation, et al.*
Stipulation and Order to File First Amended Complaint