UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>        Plaintiff,<br>vs.<br><br>ORCHARD SUPPLY HARDWARE CORPORATION, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 11-0221 LJO JLT<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 18.) |

    Plaintiff's counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than December 23, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

    This Court VACATES all pending dates and matters, including the November 28, 2011 settlement conference, November 6, 2012 pretrial conference, and January 14, 2013 trial.

    Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:   November 21, 2011**                /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE