1  K. Randolph Moore, SBN 106933
2  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
3  332 North Second Street
   San Jose, California  95112
4  Telephone (408) 298-2000
   Facsimile (408) 298-6046
5  Email:  tanya@moorelawfirm.com

6  Attorneys for Plaintiff
   John Morales

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | JOHN MORALES, | ) No.  1:11-cv-0221-LJO-JLT |
12 | Plaintiff, | ) **STIPULATION FOR DISMISSAL OF** |
13 | vs. | ) **ACTION; ORDER** |
14 | | ) |
15 | ORCHARD SUPPLY HARDWARE | ) |
   | CORPORATION, et al., | ) |
16 | | ) |
17 | Defendants. | ) |

18

19    IT IS HEREBY STIPULATED by and between Plaintiff John Morales ("Plaintiff") and

20 Defendant Orchard Supply Hardware Corporation and OSH Properties, LLC ("Defendants"),

21 the parties to this action, by and through their respective counsel, that pursuant to Federal Rule

22 of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its

23 entirety.

24 Date: December 22, 2011                          MOORE LAW FIRM, P.C.

25

26
                                                   /s/Tanya E. Moore
27                                                 Tanya E. Moore
                                                   Attorney for Plaintiff John Morales
28 ///

*Morales v. Orchard Supply Hardware Corp., et al.*
Stipulation for Dismissal
                                    Page 1

1  Date: December 22, 2011                                     CALL & JENSEN

/s/ Matthew R. Orr
Matthew R. Orr, Attorneys for Defendants
Orchard Supply Hardware Corporation
and OSH Properties LLC

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **December 22, 2011**                              /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

*Morales v. Orchard Supply Hardware Corp., et al.*
Stipulation for Dismissal
                                            Page 2