K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>          Plaintiff,<br><br>     vs.<br><br>ORCHARD SUPPLY HARDWARE<br>CORPORATION, et al.,<br><br>          Defendants. | No. 1:11-cv-0221-LJO-JLT<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

   IT IS HEREBY STIPULATED by and between Plaintiff John Morales ("Plaintiff") and Defendant Orchard Supply Hardware Corporation and OSH Properties, LLC ("Defendants"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: December 22, 2011                                          MOORE LAW FIRM, P.C.


                                                                                  /s/Tanya E. Moore
                                                                                  Tanya E. Moore
                                                                                  Attorney for Plaintiff John Morales

///

*Morales v. Orchard Supply Hardware Corp., et al.*
Stipulation for Dismissal
                                                    Page 1

1  Date: December 22, 2011                                    CALL & JENSEN

                                                              /s/ Matthew R. Orr
                                                              Matthew R. Orr, Attorneys for Defendants
                                                              Orchard Supply Hardware Corporation
                                                              and OSH Properties LLC

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **December 22, 2011**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

*Morales v. Orchard Supply Hardware Corp., et al.*
Stipulation for Dismissal
                                Page 2